**Order Withdrawn, Appeal Reinstated and Order filed October 25, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00133-CR**

_____

**DEVANTE SHELBY CASTLE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1282530**

## ORDER

On August 28, 2012, this Court issued an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for appellant's failure to file a brief. On October 4, 2012, appellant's brief was filed.

Accordingly, our order of August 28, 2012, is withdrawn. The appeal is reinstated. The State's brief is due November 5, 2012.

PER CURIAM